## Rupert Will.

Argued January 5, 1944. Before MAXEY, C. J.; DREW, LINN, STERN, PATTERSON, STEARNE and HUGHES, JJ.

*William B. McClenachan, Jr.,* with him *Clarence G. Smedley* and *Raymond R. Start,* for appellant.

*Elgin E. Weest,* with him *Theodore Smithers,* for appellees.

PER CURIAM, March 20, 1944:

The decree of the court below in the above-entitled case is affirmed, appellant to pay the costs.